COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| PRISCILLA RASCO, | | No. 08-09-00313-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 243rd District Court |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 20040D01290) |
| | § | |

**<u>MEMORANDUM OPINION</u>**

Priscilla Rasco attempts to appeal a conviction for possession of a chemical with intent to unlawfully manufacture a controlled substance. Finding that Appellant has no right of appeal, we dismiss the appeal.

Rule 25.2 governs a defendant's right of appeal in a criminal case. The rule provides that the trial court must enter a certification of the defendant's right of appeal in every case in which it enters a judgment of guilt or other appealable order. TEX.R.APP.P. 25.2(d). Further, the rule requires the trial court to certify whether the defendant has a right of appeal. *Id.*

Appellant filed a timely notice of appeal, including the trial court's certification of the defendant's right to appeal as required by Rules 25.2(a)(2) and 25.2(d). The certification reflects that the appeal "is a plea-bargain case, and the defendant has NO right of appeal." The trial court also certified that Appellant waived the right to appeal. On December 11, 2009, the Clerk's Office notified Appellant's counsel that the certification reflects Appellant has no right of appeal and requested counsel file a letter brief on the issue no later than December 21, 2009. No response has been received. Based on the trial court's certification, we dismiss the appeal.

January 29, 2010

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)